The People of the State of New York, Respondent, v Gerald Wright, Appellant. [890 NYS2d 336]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Fisher, JJ., concur.